971 A.2d 1120

**In the Matter of Louis F. HORNSTINE.**

**No. 12 EM 2009.**

Supreme Court of Pennsylvania.

April 28, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of April, 2009, the "Application for Relief Pursuant to Pa.R.A.P. 123 and for a Judicial Exemption Pursuant to Pa.R.D.E. 219" is **GRANTED.**

971 A.2d 1120

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Randolph BARKSDALE, Petitioner.**

**No. 13 EM 2009.**

Supreme Court of Pennsylvania.

April 28, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of April, 2009, the "Petition for Permission to File a Petition for Reconsideration from Denial of Allowance of Appeal *Nunc Pro Tunc*," which is treated as an Application for Relief, is **DENIED.**